U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN 27 PM 1:39

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT SAFETY DEVELOPMENTS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEAD SPORT GmbH, )<br>)<br>Defendant. ) | Case No. 2:23-cv-89 |

## SCHEDULING ORDER

Following a status conference on January 27, 2025, the court orders as follows:

1. The parties shall submit a joint claim construction statement not later than March 1, 2025.

2. The parties shall file simultaneous memoranda on the claim construction issues not later than June 1, 2025, with responses filed not later than July 1, 2025.

3. Discovery relevant to claim construction shall be completed not later than June 1, 2025.

4. The court lifts the stay that it issued on August 19, 2024 (Doc. 51). The period for other discovery shall commence now and conclude for both sides on November 1, 2025.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 27th day of January, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court