UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

VERMONT SAFETY DEVELOPMENTS LLC,

    Plaintiff,

v.

HEAD SPORT GmbH,

    Defendant.

Case No. 2:23-cv-89

## ENTRY ORDER

The court held a discovery conference on February 11, 2026. (*See* Pl.'s Unopposed Mot. for Disc. Conference, Doc. 97.) The parties addressed the following issues:

- Within the next week, the two sides will discuss procedures for the production of documents by Defendant in compliance with Austrian and European Commission privacy requirements.

- Also within the week, Defendant will supply its responses to Plaintiff's interrogatories that Defendant previously indicated it would supply by January 30.

- Defendant is currently locating responsive documents and will be able to meet the February 27, 2026, deadline set out in the Fifth Amended Stipulated Discovery Order (Doc. 95).

- Plaintiff needs to adjust deadlines by 90 days in order to review the document production and prepare for depositions and expert disclosure. Defendant does not object in principle. The court orders a three-month extension of deadlines (except for the February 27, 2026, document production date) and requests that the parties submit a revised discovery order.

- The precise location of depositions will depend on the individuals that Plaintiff seeks to depose, but the parties agree that the depositions will occur outside of Austria but somewhere in Europe.

The court requested that any sealing requests for documents filed with the court be made sparingly and following a high-level review by counsel.

Dated at Burlington, in the District of Vermont, this 11th day of February, 2026.

Geoffrey W. Crawford, Judge
United States District Court